812 A.2d 478

**Saeedu MASSAQUOI, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 110 MAP 2002.**

Supreme Court of Pennsylvania.

Oct. 28, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of October, 2002, probable jurisdiction is noted and the order appealed is affirmed.